**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Teofilo SOLORIO, Defendant–**
**Appellant,**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bourne Bobby THOMAS,**
**Defendant–Appellant.**

**Nos. 93–50507, 93–50508.**

United States Court of Appeals,
Ninth Circuit.

Jan. 17, 1995.

Before: D.W. NELSON, and NOONAN, Circuit Judges, and KING *, District Judge.

* The Honorable Samuel P. King, United States District Judge for the District of Hawaii, sitting by designation.

## ORDER

The motion of Plaintiff–Appellee, filed December 12, 1994, requesting a delay in the publication of the opinion in this case is granted. Publication of the opinion is hereby withheld until further order of this Court.

The motion for an order remanding this case for the limited purpose of determining whether there was prosecutorial misconduct is hereby denied.